UNITED STATES DISTRICT COURT

DISTRICT OF NEVARDA

| | |
|---|---|
| COREY NELSEN, | Case No. 2:17-cv-02248-APG-NJK |
| Plaintiff(s), | ORDER |
| v. | |
| KONAMI GAMING, INC., | (Docket Nos. 17, 18) |
| Defendant(s). | |

Pending before the Court is Defendant's motion for protective order and to stay discovery. Docket Nos. 17, 18. That motion seeks an order allowing Defendant to delay or avoid the requirement to respond to discovery pending resolution of its motions seeking arbitration. That motion is targeted at, *inter alia*, relieving Defendant of the obligation to respond to the outstanding written discovery already propounded. *See, e.g.*, Docket No. 17 at 2. Problematically, responses to that discovery were due on December 7, 2017, *see, e.g.*, Docket No. 17-1 at ¶ 7, and the motion for protective order and to stay discovery was not filed until 8:27 p.m. on December 7, 2017, *see* Docket No. 17 (notice of electronic filing). Defendant has not shown that the circumstances warrant emergency consideration of its motion, and does not appear to even seek that relief. *Cf. Cardoza v. Bloomin' Brands, Inc.*, 141 F. Supp. 3d 1137, 1140-43 (D. Nev. 2015) (outlining requirements for seeking emergency relief). Moreover, Defendant has not shown that the mere filing of a motion for protective order obviates the requirement to respond to the written discovery that has been propounded. *Cf. Nationstar Mtg., LLC v. Flamingo Trails No. 7 Landscape Maintenance Assoc.*, 316 F.R.D. 327, 336-37 (D. Nev. July 28,

2016) (holding that the mere filing of motion for protective order does not relieve a deponent from appearing for deposition). Hence, the motion may be moot with respect to the discovery responses that were due on December 7, 2017.

In light of these circumstances, the pending motion for protective order and to stay discovery is **DENIED** without prejudice. Any renewed motion must specifically explain (1) whether emergency relief is sought and, if so, how the applicable standards for such relief are met, and (2) if emergency relief is not sought or is not granted, whether the motion is moot with respect to the discovery responses that were due on December 7, 2017.

IT IS SO ORDERED.

DATED: December 8, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge