AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Corey Nelsen

          Plaintiff,

v.

Konami Gaming, Inc.

          Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-02248-APG-NJK

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment has been entered in favor of the Defendant and against the Plaintiff.

6/4/18  
Date

DEBRA K. KEMPI  
Clerk

/s/ A. Reyes  
Deputy Clerk